Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/25/2025
CT Log Number 548984510

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Texas**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GONZALEZ JUANA HERNANDEZ // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition, Certificate |
| **COURT/AGENCY:** | 125th Judicial District Court of Harris County, TX<br>Case # 202522748 |
| **NATURE OF ACTION:** | Personal Injury - 01/21/2024 - 27650 TX-249, Tomball, Texas 77375 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/25/2025 at 15:08 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S)/SENDER(S):** | Jovani Diaz<br>JD Law Firm<br>2180 North Loop West, Suite 510<br>Houston, TX 77018<br>713-589-3610 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/26/2025, Expected Purge Date: 05/01/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

EXHIBIT
A

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Apr 25, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | 202522748 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

EML

Receipt Number: 1020857

Tracking Number: 74463745

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202522748

---

| | |
|---|---|
| PLAINTIFF: HERNANDEZ GONZALEZ, JUANA | In the 125th Judicial |
| vs. | District Court of |
| DEFENDANT: WALMART INC | Harris County, Texas |

---

CITATION

Came To Hand: 4 / 22 / 25
Delivered: 4 / 25 25
By: ERNEST H. DAHL
TEXAS JUDICIAL BRANCH
CERTIFICATION
PSC 16818

THE STATE OF TEXAS
County of Harris

TO: WALMART INC BY SERVING ITS REGISTERED AGENT OR ATTORNEY OF RECORD

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE.

This instrument was filed on April 2, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this April 9, 2025.

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
DIAZ, JOVANI
2180 NORTH LOOP WEST, SUITE 510
HOUSTON, TX 77018
713-589-3610
Bar Number: 24101698

Tracking Number: 74463745

CAUSE NUMBER: 202522748

| | |
|---|---|
| PLAINTIFF: HERNANDEZ GONZALEZ, JUANA | In the 125th |
| vs. | Judicial District Court |
| DEFENDANT: WALMART INC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ____________________________________, 20_______.

Executed at (address) ________________________________________________
in ______________ County
at _______ o'clock _____. M., on the ________ day of ________________________________________________, 20 ______,

by delivering to ______________________________________________ defendant,
in person, a true copy of this
Citation together with the accompanying _______ copy(ies) of the ____________________________________________ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ________ day of __________________________________________, 20 _______.

FEE: $ ______________

____________________________________________

________________ of ___________________

County, Texas

____________________________________ By: ________________________________________
Affiant Deputy

On this day, ________________________________________________________, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of _______________________________________, 20 _____

________________________________________
Notary Public